No. 10, Misc. THOMPSON v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Louis C. Glasso* and *Zeno Fritz* for petitioner. *William. S. Rahauser* for respondent.

No. 11, Misc. HEWITT v. CITY OF JACKSONVILLE. C. A. 5th Cir. Certiorari denied. *Will O. Murrell* for petitioner.

No. 12, Misc. ROHDE v. RAGEN, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 13, Misc. GRENYA v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 14, Misc. COBLE v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 17, Misc. RIEHL v. GACKENBACK, WARDEN. Superior Court of Pennsylvania. Certiorari denied.

No. 18, Misc. BEASON v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 20, Misc. EYER v. SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 21, Misc. MacBLAIN v. BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.